

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-0072-24, PD-0080-24, PD-0121-24 & PD-0127-24

## EX PARTE ELLIOT JERZAIN RAMOS-ESTRADA, JUAN ESTEBAN VAZQUEZ-BAUTISTA, ABRAHAM VASQUEZ-MARQUEZ & JOSE ANTONIO-SANTIAGO, Appellants

## ON STATE'S PETITIONS FOR DISCRETIONARY REVIEW
## FROM THE SAN ANTONIO COURT OF APPEALS
## WEBB COUNTY

*Per curiam.* YEARY, J., dissented.

## O P I N I O N

In each of these cases, Appellant was arrested for trespassing on private property. *See* TEX. PENAL CODE § 30.05(a). He filed a pretrial application for a writ of habeas corpus, arguing that the State was selectively prosecuting him in violation of his equal protection rights. In each case, the trial court denied relief, Appellant appealed, and the

court of appeals reversed the trial court's ruling denying relief.[1]

The State has filed a petition for discretionary review in each case, challenging the court of appeals' holding that Appellant's claim is cognizable in a pretrial habeas application. The State also argues that in each case the court of appeals erred by ordering Appellant's discharge rather than remanding the case for further development of the record. We recently handed down our opinion in *Ex parte Aparicio*, No. PD-0461-23, ___ S.W.3d ___ (Tex. Crim. App. October 9, 2024), in which we held that Aparicio's selective prosecution claim was cognizable in a pretrial habeas application. We also held that Aparicio did not make a prima facie showing that he was arrested and prosecuted because of his gender.

Consistent with our opinion in *Aparicio*, we grant review on our own motion of the following ground in each case:

> Did Appellant make a prima facie showing that he was arrested and prosecuted because of his gender?

Accordingly, in each case, we vacate the judgment of the court of appeals and remand the case to that court in light of our opinion in *Aparicio*. The State's petitions are refused. No motions for rehearing will be entertained, and the Clerk is instructed to immediately issue mandate.

---

[1]*Ex parte Ramos-Estrada*, No. 04-22-00632-CR (Tex. App.—San Antonio December 13, 2023); *Ex parte Vazquez-Bautista*, 683 S.W.3d 504 (Tex. App.—San Antonio 2023); *Ex parte Vasquez-Marquez*, No. 04-22-00626-CR (Tex. App.—San Antonio December 27, 2023); *Ex parte Antonio-Santiago*, No. 04-22-00628-CR (Tex. App.—San Antonio December 27, 2023).

DATE DELIVERED: DECEMBER 11, 2024
DO NOT PUBLISH